# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| ROBERT LOWINGER, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>USG CORPORATION, JOSE ARMARIO, THOMAS A. BURKE, MATTHEW CARTER, JR., GRETCHEN R. HAGGERTY, WILLIAM H. HERNANDEZ, BRIAN A. KENNEY, RICHARD P. LAVIN, STEVEN F. LEER, and JENNIFER F. SCANLON,<br><br>Defendants. | Civil Action No. 1:18-cv-05989 |

## NOTICE OF VOLUNTARY DISMISSAL

Plaintiff Robert Lowinger voluntarily dismisses this action without prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i).

DATED: August 31, 2018

Respectfully Submitted,

By: */s/ Bruce C. Howard*
Bruce C. Howard
bhoward@siprut.com
**SIPRUT PC**
17 North State Street
Suite 1600
Chicago, Illinois 60602
Phone: (312) 236-0000
Fax: (311) 754-9616

Aaron Brody
abrody@ssbny.com
**STULL, STULL, & BRODY**
6 East 45th Street
New York, NY 10017
Phone: (212) 687-7230
Fax: (212) 490-2022

*Attorneys for Plaintiff*